SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants, Ernest G. Gomez, Individually and dba Eagle Automotive; Cheryl B. Coker; Lynnda Ose; Mark Donat

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00378-JAM-GGH** |
| Plaintiff, | ) |
| vs. | ) STIPULATION RE: EXTENSION OF |
| Ernest G. Gomez, Individually and dba Eagle Automotive; Cheryl B. Coker; Lynnda Ose; Mark Donat, | ) TIME UNTIL APRIL 30, 2012 FOR |
| | ) DEFENDANTS TO RESPOND TO |
| | ) COMPLAINT AND ORDER |
| Defendant. | ) |
| _____ | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Ernest G. Gomez, Individually and dba Eagle Automotove; Cheryl B. Coker; Lynnda Ose; and Mark Donat, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants are granted an extension until April 30, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than April 30, 2012.

IT IS SO STIPULATED effective as of March 28, 2012.

Dated: March 28, 2012        _/s/ Cris C. Vaughan__
                              Cris C. Vaughan,
                              Attorney for Defendants,
                              Ernest G. Gomez,
                              Cheryl B. Coker; Lynnda
                              Ose and Mark Donat

Dated: March 29, 2012        /s/ Scott N. Johnson_____
                              Scott N. Johnson,
                              Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  3/30/2012

                              /s/ John A. Mendez_____
                              U.S. District Court Judge

STIPULATION RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com